PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710
Fax: (817) 916-4770

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

IN RE:                                                        CASE NO.: 20-43582-ELM  -13

**MARIO VEGA MAYSONET**
   6244 WHITE JADE DR
   FORT WORTH, TX 76179
   SSN/TIN: XXX-XX-2877

**YARIMAR CANO-MARTINEZ**
   6244 WHITE JADE DR
   FORT WORTH, TX 76179
   SSN/TIN: XXX-XX-3526

**DEBTORS**                                 HEARING: MARCH  4, 2021 AT  8:30 AM

### TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

   NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Amended Objection to Confirmation.  Trustee would respectfully show the Court:

   In addition to the grounds alleged in the previous objection, which are incorporated herein by reference, the Trustee objects to confirmation for the following reason(s):

   Trustee is unable to determine if the Plan meets the requirements of 11 U.S.C. Section 1322 and 1325 because:

   Yarimar Cano-Martinez did not appear for the 341 Meeting of Creditors on 1/19/2021.

   WHEREFORE, Trustee prays confirmation be DENIED and for general relief.

                                 Respectfully submitted,

                   By:    /s/ Ethan S. Cartwright
                          Ethan S. Cartwright, Staff Attorney
                          Bar No. 24068273
                          PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                          Bar No. 01344800
                          7001 Blvd 26, Ste 150
                          North Richland Hills, TX 76180
                          (817) 916-4710 Phone
                          (817) 916-4770 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
       Ethan S. Cartwright

MARIO VEGA MAYSONET
YARIMAR CANO-MARTINEZ
6244 WHITE JADE DR
FORT WORTH, TX 76179