**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  CASE NO.: 20-43582-ELM-13

 **MARIO VEGA MAYSONET**
  6244 WHITE JADE DR
  FORT WORTH, TX 76179
  SSN/TIN: XXX-XX-2877

 **YARIMAR CANO-MARTINEZ**
  6244 WHITE JADE DR
  FORT WORTH, TX 76179
  SSN/TIN: XXX-XX-3526

**DEBTORS**

## NOTICE OF WITHDRAWAL

 Pam Bassel Standing Chapter 13 Trustee hereby WITHDRAWS the TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COOPERATE WITH THE TRUSTEE Docket Entry No. 50 filed on or about August 17, 2021.

      Respectfully submitted,

   By: /s/ Ethan S. Cartwright
     Ethan S. Cartwright, Staff Attorney
     Bar No. 24068273
     PAM BASSEL STANDING CHAPTER 13 TRUSTEE
     Bar No. 01344800
     7001 Blvd 26, Ste 150
     North Richland Hills, TX 76180
     (817) 916-4710 Phone
     (817) 916-4770 Fax

## CERTIFICATE OF SERVICE

 I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

   By: /s/ Ethan S. Cartwright
     Ethan S. Cartwright

Mario Vega Maysonet & Yarimar Cano-Martinez
6244 White Jade Dr
Fort Worth, TX 76179